APR 1 0 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Cornell Mack
DC # 270-261
D.C. Jail 1901 D St S.E.
Washington, DC 20003

(Enter your full name, prison number and address)

v.

Officer Christopher Ritichie
Officer David Wildey
Officer Sarah Hoffman
5th District Police Station ) 1805 Bladenburg Rd. N.E. W.D.C. 20002

(Enter the full name and address(es), if know, of the defendant(s) in this action)

Case: 1:08-cv-00776
Assigned To : Kennedy, Henry H.
Assign. Date : 5/6/2008
Description: Pro Se Gen. Civil

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### Instructions for filing a Complaint by a Prisoner Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**
APR 1 8 2008
Clerk, U.S. District and
Bankruptcy Courts

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I. **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )    No (X)

C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit.

    Plaintiffs: _____

    Defendants: _____

    2. Court (If federal court, please name the district; if state court name the county.) _____

    3. Docket number: _____

    4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

III. **PLACE OF CONFINEMENT**

D.C. Jail 1901 D St S.E, Washington DC 20003

A. Is there a prisoner grievance procedure in this institution? Yes (X)   No ( )
   If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( )    No (X)

C. If your answer is Yes to Question III B:

   1. To whom and when did you complain? _____

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes ( )    No ( )

   3. What, if any, response did you receive? (Furnish copy of response, if in writing.) _____

   4. What happened as a result of your complaint? _____

D. If your answer is No to Question III B, explain why not. The Assault on me took Place the day I was Arrest by 5th District Metropolitan Police Department

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?    Yes ( )    No (X)

F. If your answer is Yes to Question III E;

   1. To whom and when did you complain? _____

2.  Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( )   No ( )

3.  What, if any response did you receive? (Furnish copy of response, if in writing.)

4.  What happened as a result of your complaint? _____

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of Plaintiff: Cornell Muck 270-261 DC#
    Address: D.C. Jail 1901 D St S.E. Washington, DC 20003

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.  Defendant: Christopher Ritchie
    Police Officer Badge # 2237
    Address: 5th district Police Station / Metropolitan Police Department
    1805 Bladenburg Rd N.E. W.D.C 20002

    Defendant: Sarah Hoffman
    Police Officer Badge #156 / Metropolitan Police Department
    Address: 5th District Police Station
    1805 Bladenburg Rd N.E. W.D.C. 20002

    Defendant: David C. Wildey
    Police Officer Badge # 2613 / Metropolitan Police Department
    Address: 5th District Police Station
    1805 Bladenburg Rd N.E. W.D.C. 20002

    Defendant: _____
    Address: _____

## V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

See attach sheet

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

See attach sheet

Signed this 7 day of April, 2008.

Cornell Mack
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

April 7, 2008
(Date)

Cornell Mack
(Signature of Plaintiff)

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF POLICE COMPLAINTS
1400 I Street, NW, Suite 700
Washington, DC 20005
Tel: (202) 727-3838
Fax: (202) 727-9182
24-Hour Toll-Free Hotline: (866) 588-0569
www.policecomplaints.dc.gov

## COMPLAINT FORM

**1. OPC Control Number:** 08PF-0055 / 08-0077 *(To Be Completed by OPC Staff)*

**2. Date & Time Complaint Received:** *(To Be Completed by OPC Staff)*

**3. MPD Control System Number:** *(To Be Completed by OPC Staff)*

**4. How Complaint Was Received (Please Circle):** In Person | Fax | E-mail | **U.S. Mail** | MPD | Other Specify: *(To Be Completed by OPC Staff)*

**5. Complainant's Name – Last, First, Middle:** Mack, Cornell, Gerald

**6. Date of Birth:** [redacted]77

**7. Age:** 30

**8. Sex:** Male

**9. Race, Ethnicity or N.O.:** BLACK

**10. Home Address:** [redacted]

**11. Home Telephone Number:** [redacted]

**12. Work Address:**

**13. Occupation:** laborer

**14. Work Telephone Number:** [redacted]

**15. Other Means of Contacting Complainant (cell phone, pager, e-mail, friend, etc.):** Raquel Hall – [redacted]

**16. General Nature of Incident:** Assault on me by the police

**17. Location of Incident:** 1201 Mt. Olivet. Rd. N.E. W.D.C.

**18. D.C. Ward (where incident occurred):** 5th Ward

**19a. Day of Week Incident Occurred:** Wednesday

**19b. Date of Incident:** 4-11-07

**19c. Time of Incident:** 5:54

**20. Witnesses:** Mrs. Raquel Hall and several others

**21. Officers Involved (name, badge number, police district, if known):**
Officer Hoffman #156   5th district
Officer Ritchie #2237   5th district
Officer Wildey #2613   5th district

**22. Police Vehicle No. / Description:** A gold Impala

**23. Physical Description of Officer(s) (hair and eye color, height, sex, race/ethnicity, etc.):**
Officer Hoffman - blond hair, blue eyes, female, white race 5'7 - 5'10 160 pds.
Officer Ritchie - black/gray hair, blue eyes, male, white race 5'10 - 6" 200 pds
Officer Wildey - brown/red hair, blue eyes, male, white race 5'10 '6'2" 225 pds.

**24a. Describe Injuries (if any):** Bruise to knees and hand. Also pain in my elbows, also pain in my knees.

**24b. Where Treated (name of hospital, doctor, etc.):** Providence Hospital

**25. Preferred Language of Communication (if other than English):** English

**26. Name(s), Telephone Number(s) or Contact Information for Other People Present During the Incident (including other police officers):**
The 3 officers in my case
Also the witness in my cases
Mrs. Raquel Hall – 

Form OPC-1

*(Please continue on the reverse side)*

Form OPC-1 (Reverse Side)

**Complainant's Name – Last, First, Middle**
Mack, Cornell, Gerald

**OPC Control Number**
To Be Completed by OPC Staff

**27. Describe the Incident:**

I was being stop while talking to my friend in the car outside the store. I Police pull up. Got and ask me for I.d. Then ask me if the was anything they should know about. I gave them a stryafoam cup of alchol. I was taken to the ground by Officer Ritchie. officer Hoffman came to help him. Officer Ritchie had my right arm, and Officer Hoffman had my left. Officer Wildy had my legs. I was rough up by officer Wildey. He repeatedly slam my legs punch and Hit me in my legs and knees. I was taken to 5th district then Providence Hospital. They claim they forgot to write out a Pd 313 which is an arestte injury report. I still having pain in my knees + elbow.

**Attach Additional Pages if Necessary**        Page ___ of ___

**28. Complainant's Certification**

I hereby certify that to the best of my knowledge, and under penalty of perjury, the statements made herein are true.

_Cornell Mack_          _Nov. 29, 2007_
Complainant's Signature          Date

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Cornell Mack

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#270-24

## DEFENDANTS
Officer Christopher Ritchie, et al,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00776
Assigned To : Kennedy, Henry H.
Assign. Date : 5/6/2008
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 30,000   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 5/6/08   SIGNATURE OF ATTORNEY OF RECORD  NCB

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd