**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CORNELL MACK,<br><br>                Plaintiff,<br><br>      v.<br><br>OFFICER CHRISTOPHER RITCHIE, *et al.*,<br><br>            Defendants. | Civil Action No. 08-0776 (HHK) |

**ORDER**

Plaintiff filed a Complaint for Violation of Civil Rights.  An Answer has been filed on behalf of defendants Hoffman, Wildey, and the "5th District Police Station."  In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  Local Civil Rule 16.3(b), however, exempts actions brought by incarcerated *pro se* plaintiffs.  *See* LCvR 16.3(b)(3).  In light of the defenses raised in the Answer, it appears that a dispositive motion at this point would serve to advance these proceedings.  In the alternative, defendants may file a proposed schedule governing future proceedings in this action.

Accordingly, it is hereby

ORDERED that, within 45 days of entry of this Order, defendants shall file either a dispositive motion or a proposed schedule governing future proceedings in this action.

SO ORDERED.

                                          HENRY H. KENNEDY, JR.
                                          United States District Judge

DATE: July 2, 2008