UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNELL MACK
_____
Plaintiff(s)

vs

Civil Action No. 08-776 HHK

CHRISTOPHER RITCHIE, ET AL
_____
Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

CHRISTOPHER RITCHIE
_____    _____
5TH DISTRICT POLICE
_____    _____
_____    _____

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by August 22, 2008   Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01