UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELL MACK, | : |
| Plaintiff, | : |
| v. | : No. 1:08-cv-776 (HHK) |
| CHRISTOPHER RITCHIE, *et al.*, | : |
| Defendants. | : |

### DEFENDANTS SARAH HOFFMAN'S, DAVID WILDEY'S AND
### 5TH DISTRICT POLICE DEPARTMENT'S MOTION FOR AN EXTENSION OF TIME

Defendants, Sarah Hoffman's, David Widley's and the 5th District Police Department's, by and through the Office of the Attorney General, moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) to extend until September 12, 2008, the time for the Defendants to comply with this Court's July 2, 2008, order requiring the Defendants "to file a dispositive motion or a proposed schedule governing further proceeding within 45 days." (Docket Entry No. 6). Pursuant to LCvR7(m), undersigned counsel could not contacted pro se plaintiff because he is incarcerated. A memorandum of points and authorities is attached to this motion

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        /s/Samuel C. Kaplan/s/_____
        SAMUEL C. KAPLAN [463350]
        Assistant Deputy Attorney General

        /s/David A. Jackson/s/_____
        DAVID A. JACKSON [471535]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, NW, 6 South
        Washington, D.C. 20001
        Direct Line: (202) 724-6618
        Facsimile: (202) 727-3625
        E-mail: davida.jackson@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2008, the foregoing was served by first class mail postage pre-paid upon:

Cornell Mack
DC #270-261
DC Jail
1901 D Street, SE
Washington, D.C. 20003

        /s/David A. Jackson/s/
        David A. Jackson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CORNELL MACK, | : | |
| Plaintiff, | : | |
| v. | : | No. 1:08-cv-776 (HHK) |
| CHRISTOPHER RITCHIE, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS SARAH HOFFMAN'S, DAVID WILDEY'S AND
5TH DISTRICT POLICE DEPARTMENT'S MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF THEIR MOTION FOR AN EXTENSION OF TIME**

**STATEMENT OF THE CASE**

Pro se Plaintiff Cornell Mack brought this case pursuant to 42 U.S.C. § 1983 against Metropolitan Police Department officers Sarah Hoffman and David Widley and the 5th District Police Department. Plaintiff alleges that the officers used excessive force during his arrest on April 11, 2007.

On July 2, 2008, this Court issued an order directing the Defendants to either file a dispositive motion or a proposed scheduling order within 45 days. Thus, the defendants' response to the Court's order is due on August 18, 2008. The Defendants seek an extension of time, up to and including September 12, 2008, to comply with this Court's order.

## ARGUMENT

**THERE IS GOOD CAUSE TO GRANT THIS MOTION, AND PLAINTIFF WILL NOT BE PREJUDICED**

Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to grant an extension of time when there is good cause to do so and when a request is made prior to the expiration of the time for filing. In this case, this motion is timely, and there is good cause to grant this motion.

In recent weeks undersigned counsel has had a very busy case load caused by a number of factors. Undersigned counsel was in trial from July 21, 2008 through July 28, 2008, in the matter of *Medina v. District of Columbia*, 97-594 (JMF) and prior to the trial, a considerable amount of time was spent on trial preparation. Since the trial concluded, undersigned counsel has also spent a good amount of time on post-trial matters. Additionally, several cases has been re-assigned to undersigned counsel, and some of those cases required immediate attention. Lastly, undersigned counsel will be on approved leave from August 18, 2008 through August 28, 2008.

This motion should also be granted because the Defendants intend on filing a dispositive motion, and if the motion is granted, this matter will be disposed of in its entirety. Plaintiff will not be prejudiced if this motion is granted, and granting this motion will not interfere with any future scheduled court dates. This is the District's first request for an extension of time.

For the forgoing reasons this motion should be granted.

## CONCLUSIONS

There is good cause to grant the Defendants' motion for an extension of time up to and including September 12, 2008 as there is no prejudiced to Plaintiff.

Case 1:08-cv-00776-HHK   Document 15   Filed 08/15/2008   Page 5 of 5

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Samuel C. Kaplan/s/_____
SAMUEL C. KAPLAN [463350]
Assistant Deputy Attorney General

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

3