August 13, 2008

To: Clerk of the Court
From: Mr. Cornell Mack Fed #04446-007
U.S. Penitentiary Lewisburg
Lewisburg, Pa 17837

08-776-HHK

Greeting Clerk of the Court.

I'm writing because I recently was moved from the D.C. Jail to Lewisburg, Penitentiary about 2-3 weeks ago. I wasn't able to bring any of my legal paper work involving my case I have on file in District Court. We can't travel with anything. I left my paper work with instructions to send the paper work home to my family so it can be sent to me here at Lewisburg, Pa. Well since my family haven't received it I'm force to write to the court and ask if I can receive a copy of the complaint I file on the Gov't and a copy of there response to my complaint. Also any other paper work in this case that might have been sent to me. Also I'm asking to have some time, if needed to respond to any paper work that I haven't responded to yet. I'm asking can you let the judge in this matter no

I was moved from D.C. Jail and I'm now in a another prison in a different state. Well I do thank you for your time and pateint to read this letter of concern of mines. The information the case was filed under is:

Mr. Cornell Mack 270-261 DC#
V
Officer Ritchie

I'm asking if you can please forward the copy of the complaint, there response, and any other paper work to the name and address below. I'm very thankful for you help.

Yours Truely
Mr. Cornell Mack

Received Mail Room
AUG 1 8 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

Address of information

Mr. Cornell Mack
Fed # 04446-007
United States Penitentiary
P.O. Box 1000
Lewisburg, Pa 17837