United States District Court
For the District of Columbia

Cornell Mack
    Plaintiff,

    v                                  No. 1.08-CV-776 (HHK)

Christopher Ritchie, et al
    defendants

**RECEIVED**
SEP - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Compliance with Court's Order of July 30 2008 to Provide Full names and addresses of the Defendants:

1a. Officer Christopher Ritchie, Badge #2237, defendant has a business address at the Metro D.C. Police Department at the 5th District Police Station, at 1805 Bladenburg Rd. N.E. W.D.C. 20002.

1b) Officer Christopher Ritchie Badge #2237, defendant has a home address in Maryland at 2020 Howard Chapel Turn Crofton, Maryland 21114.

I the plaintiff provide the full name and address of the party identified as defendant on the form. Pursuant to Local Rule 5.1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant.

I Plaintiff's Cornell Mack is filing this Order to Comply with Sending in the address and complete name of the defendant above.

Respectfully Your
Submitted,

Mr. Cornell Mack Pro Se
04446-007 Fed #
United States Penitentary
U.S.P.
P.O. BOX 1000
Lewisburg, Pa
17837